IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MARY D. WRIGHT a/k/a
MARY D. TAYLOR-SHELBY, et al.,

    Plaintiffs,

vs.        No. 05-2608-Ml/An

JAMES W. COOK, et al.,

    Defendants.

---

ORDER OF DISMISSAL

---

The Court issued an order on November 14, 2005 directing the plaintiff or plaintiffs in this action, within thirty (30) days, "to submit an amended complaint that complies with Rules 8, 9, 10, and 11 of the Federal Rules of Civil Procedure." 11/14/05 Order at 8-9. The plaintiff or plaintiffs have not filed an amended complaint, and the time set for compliance has expired. The order stated that "[a] failure to timely file an amended complaint in response to this order will result in the dismissal of the complaint in its entirety and without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute."

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-28-05



Accordingly, the Court DISMISSES the case without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this __27__ day of December, 2005.

*[signature]*

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02608 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Mary D. Wright
442 Military Rd.
Collierville, TN 38017

Erich M. Shultz
LAW OFFICES OF ERICH M. SHULTZ
242 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT