# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 27  PM 4: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

MARY D. WRIGHT, a/k/a
MARY D. TAYLOR-SHELBY, et al.,

     Plaintiffs,

v.

JAMES W. COOK, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2608 Ml/An

---

### JUDGMENT

---

**JUDGMENT BY COURT.**  This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, entered December **27**, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

_____
Date _Dec. 27, 2005_

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02608 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Mary D. Wright
442 Military Rd.
Collierville, TN 38017

Erich M. Shultz
LAW OFFICES OF ERICH M. SHULTZ
242 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT